UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL ABNER,**<br>　　　Plaintiff,<br><br>v.<br><br>**GLENN GOGGANS, JUDGE, et al.,**<br>　　　Defendants. | **Case No. 2:25-cv-1900-CLM-GMB** |

# ORDER

　　The magistrate judge has entered a report, recommending the court transfer this case to the United States District Court for the Middle District of Alabama under 28 U.S.C. § 1404(a). (Doc. 4). The magistrate judge advised the plaintiff of his right to file written objections within 14 days, but the court has received no objections.

　　Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. As a result, the court **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for all further proceedings.[1]

　　**Done** and **Ordered** on December 3, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff moves for leave to proceed in forma pauperis. (Doc. 2). The court finds it appropriate for the receiving court to assess Abner's motion and collect the filing fee.